# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| RYAN NOLAN, | No. C 11-00707 MEJ |
|     Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| KAYO OIL COMPANY, | |
|     Defendant. | |
| _____/ | |

This matter is currently scheduled for a case management conference on May 26, 2011. However, as a motion to remand and a motion to transfer are pending, the Court VACATES the May 26 c.m.c., and shall reschedule it, if necessary, after resolution of the pending motions.

**IT IS SO ORDERED.**

Dated: May 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge